Argued and submitted November 20, 1998, dismissed as moot February 10, 1999

KEITH ALAN CHRISTENSON,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(95C-10949; CA A99430)

974 P2d 263

Mark J. Geiger filed brief for appellant.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Dismissed as moot. *Hamel v. Johnson*, 158 Or App 276, 974 P2d 260 (1999); *Jones v. Thompson*, 156 Or App 226, 968 P2d 380 (1998).